JACOB SHACHAT, PROSECUTOR, v. BOARD OF CHOSEN
FREEHOLDERS OF ESSEX COUNTY ET AL., DEFEND-
ANTS.

Decided February 10, 1937.

Before Justices PARKER, LLOYD and DONGES.

For the prosecutor, *Edward R. McGlynn*.

For the defendants, *Arthur T. Vanderbilt*.

PER CURIAM.

Upon a reading of the statute involved (*Pamph. L.* 1935,
*ch.* 302, *p.* 944; *N. J. Stat. Annual* 1935, § 65-3904B(1)) of
the affidavits submitted on this application, and on considera-
tion of the foregoing and of the oral arguments of counsel, and
the brief for prosecutor, we find ourselves unable to discern
such substantial infirmity in the proceedings attacked on
this application as to call for the allowance of a writ of
*certiorari*.

The application is therefore denied.